JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY KORAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHARTER COMMUNICATIONS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:24−cv−02518−DOC−JDE<br>Hon. Judge David O. Carter<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　September 13, 2024<br>Removal Filed:　November 18, 2024 |

# ORDER OF DISMISSAL WITH PREJUDICE

Based on the Parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice;

2. Each party is to bear his/its own respective attorneys' fees and costs; and

3. All existing dates and deadlines in this matter are vacated.

**IT IS SO ORDERED.**

Dated: June 16, 2025

_David O. Carter_
United States District Court Judge